# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CASTRO, ANABELLA M | § | Case No. 10-33174 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/27/2010 . The undersigned trustee was appointed on 08/02/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

  4. The trustee realized gross receipts of      $    144,585.33

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 84,710.01 |
| Bank service fees | 286.76 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 59,588.56 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/17/2017 and the deadline for filing governmental claims was 07/17/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,333.71. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 4,695.79 as interim compensation and now requests a sum of $ 4,637.92, for a total compensation of $ 9,333.71 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 0.00, for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/19/2018              By:/s/JOSEPH E. COHEN
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-33174 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | CASTRO, ANABELLA M | | | Date Filed (f) or Converted (c): | 07/27/10 (f) |
| | | | | 341(a) Meeting Date: | 09/03/10 |
| For Period Ending: | 10/19/18 | | | Claims Bar Date: | 07/17/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2905 N. Lewis Avenue Waukegan, IL 60087 First Mort  2905 N. Lewis Avenue Waukegan, IL 60087 First Mortgage is in husbands name only. | 75,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash  Cash | 10.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts  Chase/ Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods  Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 5. Vehicles  2006 Nissan Sentra | 3,500.00 | 0.00 | | 0.00 | FA |
| 6. Product Liability Claim (u) | 0.00 | 0.00 | | $144,585.33 | FA |
| TOTALS (Excluding Unknown Values) | $79,810.00 | $0.00 | | $144,585.33 | Gross Value of Remaining Assets  $0.00  (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAD ANOTHER COMPROMISE ORDER ENTERED AND WAITING FOR SETTLEMENT PROCEEDS - 1/8/18. SETTLEMENT REACHED; ORDER ENTERED 5/19/17 APPROVING SAME; AWAITING RECEIPT OF FUNDS; TFR TO FOLLOW - 6/27/17

TRUSTEE IS AWAITING SETTLEMENT OF PRODUCTS LIABILITY CASE January 04, 2017, 02:55 pm. TRUSTEE IS WAITING FOR SETTLEMENT TO FINALIZE - 10/30/16.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-33174   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CASTRO, ANABELLA M | Date Filed (f) or Converted (c): | 07/27/10 (f) |
| | | 341(a) Meeting Date: | 09/03/10 |
| | | Claims Bar Date: | 07/17/17 |

Initial Projected Date of Final Report (TFR): 06/30/17      Current Projected Date of Final Report (TFR): 06/30/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-33174 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CASTRO, ANABELLA M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6512 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4061 | | |
| For Period Ending: | 10/19/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/03/17 | | CLH COVIDIEN QUALIFIED SETTLEMENT FUND | Settlement of Lawsuit | | 38,343.56 | | 38,343.56 |
| | 6 | CLH COVIDIEN QUALIFIED SETTLEMENT F | Memo Amount: 54,776.52 Settlement of Lawsuit | 1249-000 | | | |
| | | | Memo Amount: ( 2,191.06 ) MDL FEES (4%) | 2990-000 | | | |
| | | | Memo Amount: ( 547.77 ) MDL FEE (1%) | 2990-000 | | | |
| | | | Memo Amount: ( 534.84 ) MEDICARE LIEN | 2990-000 | | | |
| | | | Memo Amount: ( 13,159.29 ) HCSC LIEN | 2990-000 | | | |
| 10/03/17 | 300001 | CLARK, LOVE & HUTSON, GP | Special Counsel for Trustee Fees | | | 22,804.46 | 15,539.10 |
| | | | Fees 19,719.55 | 3210-000 | | | |
| | | | Expenses 3,084.91 | 3220-000 | | | |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.19 | 15,506.91 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.31 | 15,484.60 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.02 | 15,461.58 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.99 | 15,438.59 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.73 | 15,417.86 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.92 | 15,394.94 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.15 | 15,372.79 |
| 06/06/18 | 300002 | International Sureties Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 9.34 | 15,363.45 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.85 | 15,340.60 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.07 | 15,318.53 |

Page Subtotals 38,343.56 23,025.03

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 10-33174 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CASTRO, ANABELLA M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6512 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4061 | | |
| For Period Ending: | 10/19/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.78 | 15,295.75 |
| 08/27/18 | 300003 | JOSEPH E. COHEN, Trustee | Trustee Fees | 2100-000 | | 4,695.79 | 10,599.96 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.84 | 10,578.12 |
| 09/27/18 | | CLH BSC II QUALIFIED SETTLEMENT FUND | Products liability settlement | | 81,763.52 | | 92,341.64 |
| | | | Memo Amount: 89,808.81 | 1249-000 | | | |
| | | | Products liability settlement | | | | |
| | | | Memo Amount: ( 3,592.35 ) | 2990-000 | | | |
| | | | MDL FEE of 4% from Atty fees | | | | |
| | | | Memo Amount: ( 898.09 ) | 2990-000 | | | |
| | | | MDL Fee of 1% from Clients Recovery | | | | |
| | | | Memo Amount: ( 3,554.85 ) | 2990-000 | | | |
| | | | Medicare Lien | | | | |
| 09/27/18 | 300004 | CLARK, LOVE & HUTSON, GP | Special Counsel Fees & Expenses | 7990-000 | | 32,722.17 | 59,619.47 |
| | | 440 Louisiana Street | | | | | |
| | | Suite 1600 | | | | | |
| | | Houston, TX 77002 | | | | | |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.91 | 59,588.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 144,585.33 | COLUMN TOTALS | | 120,107.08 | 60,518.52 | 59,588.56 |
| Memo Allocation Disbursements: | 24,478.25 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 120,107.08 | 60,518.52 | |
| Memo Allocation Net: | 120,107.08 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 120,107.08 | 60,518.52 | |
| | | | | NET | NET | ACCOUNT |
| Total Allocation Receipts: | 144,585.33 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 24,478.25 | Checking Account (Non-Interest Earn - *******6512 | | 120,107.08 | 60,518.52 | 59,588.56 |
| Total Memo Allocation Net: | 120,107.08 | | | 120,107.08 | 60,518.52 | 59,588.56 |
| | | Page Subtotals | | 81,763.52 | 37,493.49 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 20.00j

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 10-33174 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | CASTRO, ANABELLA M | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******6512 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4061 |  |  |
| For Period Ending: | 10/19/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 19, 2018 |
|---|---|---|---|---|---|---|

Case Number: 10-33174  
Debtor Name: CASTRO, ANABELLA M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $9,333.71 | $4,695.79 | $4,637.92 |
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $5,532.94 | $0.00 | $5,532.94 |
| 001<br>3210-60 | CLARK, LOVE & HUTSON, GP<br>440 Louisiana Street<br>Suite 1600<br>Houston, TX 77002 | Administrative | | $55,526.63 | $55,526.63 | $0.00 |
| 001<br>3410-00 | COOKE & LEWIS LTD | Administrative | | $2,205.00 | $0.00 | $2,205.00 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $9.34 | $9.34 | $0.00 |
| 999<br>8200-00 | ANABELLA M CASTRO<br>2905 N. LEWIS AVENUE<br>WAUKEGAN, IL 60087 | Unsecured | | $22,911.12 | $0.00 | $22,911.12 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $6,114.90 | $0.00 | $6,114.90 |
| 000002<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $3,161.09 | $0.00 | $3,161.09 |
| 000003<br>080<br>7200-00 | At&t Credit Management<br>At&T Credit Management Center<br>Po Box 80701<br>Charleston, SC 29416 | Unsecured | | $95.00 | $0.00 | $95.00 |
| 000004<br>080<br>7200-00 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | | $2,189.00 | $0.00 | $2,189.00 |
| 000005<br>080<br>7200-00 | Peoples Gas<br>Must call local office or 877-832-6747 | Unsecured | | $38.00 | $0.00 | $38.00 |
| 000006<br>080<br>7200-00 | Progressive Financial<br>1919 W Fairmont Dr Ste 8<br>Tempe, AZ 85282 | Unsecured | | $50.00 | $0.00 | $50.00 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 19, 2018 |

Case Number:  10-33174  Claim Class Sequence
Debtor Name:  CASTRO, ANABELLA M

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 080 7200-00 | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | Unsecured | | $12,120.00 | $0.00 | $12,120.00 |
| | Case Totals: | | | $119,286.73 | $60,231.76 | $59,054.97 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-33174
Case Name: CASTRO, ANABELLA M
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 59,588.56

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 9,333.71 | $ 4,695.79 | $ 4,637.92 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 5,505.00 | $ 0.00 | $ 5,505.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 27.94 | $ 0.00 | $ 27.94 |
| Accountant for Trustee Fees: COOKE & LEWIS LTD | $ 2,205.00 | $ 0.00 | $ 2,205.00 |
| Other: International Sureties Ltd. | $ 9.34 | $ 9.34 | $ 0.00 |
| Other: CLARK, LOVE & HUTSON, GP | $ 52,050.72 | $ 52,050.72 | $ 0.00 |
| Other: CLARK, LOVE & HUTSON, GP | $ 3,475.91 | $ 3,475.91 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     12,375.86
Remaining Balance                                          $     47,212.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,275.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 6,114.90 | $ 0.00 | $ 6,114.90 |
| 000002 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 3,161.09 | $ 0.00 | $ 3,161.09 |
| | Total to be paid to timely general unsecured creditors | | $ | 9,275.99 |
| | Remaining Balance | | $ | 37,936.71 |

Tardily filed claims of general (unsecured) creditors totaling $ 14,492.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | At&t Credit Management<br>At&T Credit Management Center<br>Po Box 80701<br>Charleston, SC 29416 | $ 95.00 | $ 0.00 | $ 95.00 |
| 000004 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | $ 2,189.00 | $ 0.00 | $ 2,189.00 |
| 000005 | Peoples Gas<br>Must call local office or<br>877-832-6747 | $ 38.00 | $ 0.00 | $ 38.00 |
| 000006 | Progressive Financial<br>1919 W Fairmont Dr Ste 8<br>Tempe, AZ 85282 | $ 50.00 | $ 0.00 | $ 50.00 |
| 000007 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117 | $ 12,120.00 | $ 0.00 | $ 12,120.00 |

Total to be paid to tardy general unsecured creditors  $ 14,492.00

Remaining Balance  $ 23,444.71

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

   To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 533.59 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

   The amount of surplus returned to the debtor after payment of all claims and interest is $ 22,911.12 .