IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ANABELLA M. CASTRO,** | ) | No. 10-33174 |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: SEE ATTACHED LIST

    I, JOSEPH E. COHEN, Trustee herein, states that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on October 26, 2018 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 West Madison St.,
Suite 1100                                          BY:/s/ Joseph E. Cohen
Chicago, IL 60602                                       Attorney for Debtor
312/368-0300
jcohen@cohenandkrol.com

| | | |
|---|---|---|
| American Express<br>c/o Becket and Lee LLP<br>Po Box 3001<br>Malvern, PA 19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | At&t Credit Management<br>At&T   Credit Management Center<br>Po Box 80701<br>Charleston, SC 29416-0701 |
| Chase<br>N54 W 13600 Woodale Dr<br>Mennomonee, WI 53051-7026 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Fin<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Nissan Motor Acceptanc<br>Po Box 660360<br>Dallas, TX 75266-0360 |
| Progressive Financial<br>1919 W Fairmont Dr Ste 8<br>Tempe, AZ 85282-3183 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Anabella M Castro<br>2905 N. Lewis Avenue<br>Waukegan, IL 60087-2949 |
| Dean C Harvalis<br>Office of the United States Trustee<br>219 South Dearborn Street<br>Room 873<br>Chicago, IL 60604-2027 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Stacy A Igoe<br>The Igoe Law Firm, Ltd<br>221 North LaSalle St, Suite 2301<br>Chicago, IL 60601-1541 | Stephen Lewis<br>Cooke & Lewis Ltd<br>333 Skokie Blvd<br>Suite 104<br>Northbrook, IL 60062-1621 | |